Sharif **ABDUL ALI**, a/k/a Vincent Bradford Earl, Plaintiff–Appellant,

v.

Boyd **BENNETT**, Director of Prisons; Michael Bell, Superintendent; Susan Rhyne–White, Superintendent of Programs; J. Johnson, Sgt., Defendants–Appellees.

No. 06–7052.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 6, 2006.

Sharif Abdul Ali, Appellant Pro Se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sharif Abdul Ali appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ali v. Bennett,* No. 5:04–ct–00948–FL (E.D.N.C. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*